**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| LAKEESHA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:10-cv-00065-EAS -TPK |
| vs. ) | |
| ) | |
| H & P CAPITAL, INC., ) | **STIPULATION OF DISMISSAL** |
| ) | |
| Defendant. ) | |

Now come the Plaintiff, LAKEESHA WHITE, and the Defendant, H & P CAPITAL, INC, and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties. The parties request that the Court retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement should either party fail to perform its obligations thereunder.

/s/ David B. Levin                               /s/ Jack B. Cooper

David B. Levin (0059340)              Jack B. Cooper
Attorney for Plaintiff                       Attorney for Defendant
Luxenburg & Levin, LLC                Day Ketterer
23240 Chagrin Blvd.                       200 Market Ave. North
Suite 601                                          Suite 300
Beachwood, OH 44122               Canton, OH 44702
(888) 595-9111, ext. 711              (330) 458-2033
(866) 382-0092  facsimile            (330) 455-2633 facsimile
dlevin@attorneysforconsumers.com    jbcooper@day-ketterer.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 711
(866) 382-0092  facsimile
dlevin@attorneysforconsumers.com