```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

LaKeesha White,              :

    Plaintiff,           :

  v.                         :      Case No. 2:10-cv-65

H & P Capital, Inc.,         :      JUDGE SARGUS

    Defendant.           :

## ORDER

A notice of dismissal has been filed in this case. The notice of dismissal (#9) is signed on behalf of defendant by counsel who is not admitted to this Court, has not sought *pro hac vice* admission, and has not entered an appearance in this action. Consequently, it does not have the effect of dismissing this case.

If the parties desire to have the case dismissed, they shall, within fourteen days, file a stipulation of dismissal which includes the signature of defense counsel of record.

                                    /s/ Terence P. Kemp
                                  United States Magistrate Judge